INSA R. MEISEL, Who Sues on Behalf of Herself, etc., Respondent, v. CENTRAL TRUST COMPANY OF NEW YORK, Appellant.

Appeal from an order granting the plaintiff's motion for judgment on the pleadings.

PER CURIAM: The plaintiff is clearly not entitled to all the relief demanded in the complaint and for which she moves.　We are not now called upon to decide whether she is entitled to any relief, for her only motion was for judgment on the pleadings for the relief demanded in the complaint.　The order should be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.　Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling JJ.　Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

In the Matter of the Judicial Settlement of the Account of Proceedings of CHARLES CARSON, Acting as Administrator, etc., of JAMES CARSON, Deceased, etc., Appellant.

CHARLES CARSON, Individually, etc., and LIDA S. LINGE, Individually, etc., Appellants; JAMES H. HICKEY, Respondent.

Appeal from so much of a decree settling administrator's account as allows a claim for attorney's fees and directs payment thereof.

PER CURIAM: The decree, in so far as it is appealed from, is reversed and the claim of the respondent disallowed, without prejudice to any action he may bring for his services against his clients personally, with costs and disbursements to the appellants against the respondent.　Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.　Decree reversed and respondent's claim disallowed without prejudice to any action he may bring, etc., with costs and disbursements to appellants against respondent.　Order to be settled on notice.